| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — No Bull Roofing & Construction LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — 46-2406754

**4. Debtor's address**

Principal place of business:
8614 Highway 196
Nancy, KY 42544
Number, Street, City, State & ZIP Code

Pulaski
County

Mailing address, if different from principal place of business
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
8614 Highway 196 Nancy, KY 42544
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — nobullroofingconstruction.net

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **No Bull Roofing & Construction LLC**_____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **No Bull Roofing & Construction LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **No Bull Roofing & Construction LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **No Bull Roofing & Construction LLC**                                             Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 10, 2024**
             MM / DD / YYYY

**X** **/s/ Ashley Martin**                                          **Ashley Martin**
Signature of authorized representative of debtor                    Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Laura Day DelCotto**                                     Date  **June 10, 2024**
Signature of attorney for debtor                                           MM / DD / YYYY

**Laura Day DelCotto 81763**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone  **(859) 231-5800**        Email address  **ldelcotto@dlgfirm.com**

**81763 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **No Bull Roofing & Construction LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 10, 2024**     X **/s/ Ashley Martin**
                                    Signature of individual signing on behalf of debtor

                                    **Ashley Martin**
                                    Printed name

                                    **Member**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **No Bull Roofing & Construction LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** | ☐ Check if this is an amended filing |
| Case number (if known): | _____ | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bruce and Karen Nethery** <br> **26 Lineville Rd** <br> **Russell Springs, KY 42642** | | | **Disputed** | | | **$74,328.00** |
| **VFW** <br> **Veterans of Foreign Wars Post 680** <br> **1494 Leestown Rd** <br> **Lexington, KY 40511** | | | | | | **$35,000.00** |
| **Elwyn and Judith Savage** <br> **1506 Pottershop Rd** <br> **Nancy, KY 42544** | | | **Disputed** | | | **$30,814.40** |
| **Rapid Finance** <br> **4500 East West Highway, 6th Floor** <br> **Bethesda, MD 20814** | | | | | | **$20,400.00** |
| **Scott & Christy Antle** <br> **211 Bluebird Dr** <br> **Russell Springs, KY 42642** | | | | | | **$10,126.00** |
| **Dannie Adams** <br> **322 Campbells Ferry Ln** <br> **Albany, KY 42602** | | | | | | **$9,714.00** |
| **Rapid Finance** <br> **4500 East West Highway, 6th Floor** <br> **Bethesda, MD 20814** | | | | | | **$9,500.00** |
| **Square** <br> **1955 Broadway** <br> **Suite 600** <br> **Oakland, CA 94612** | | | | | | **$7,052.70** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **No Bull Roofing & Construction LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adair Progress, Inc. Adair Russell Casey Shopper PO BOX 595 Columbia, KY 42728** | | | | | | $940.33 |
| **Paramount Advertising and Lead Solutions PO BOX 595 Mount Prospect, IL 60056** | | | | | | $629.00 |
| **New Horizon Graphics 319 Park Ave Somerset, KY 42503** | | | | | | $593.21 |
| **Lake Cumberland and Current PO BOX 1662 Russell Springs, KY 42642** | | | | | | $427.00 |

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **No Bull Roofing & Construction LLC**                     Case No.  
                                     Debtor(s)                    Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the Member of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __3__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **June 10, 2024**             **/s/ Ashley Martin**  
                                     **Ashley Martin**/**Member**  
                                     Signer/Title

I, _____**Laura Day DelCotto 81763**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __3__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **June 10, 2024**             **/s/ Laura Day DelCotto**  
                                     Signature of Attorney  
                                     **Laura Day DelCotto 81763**  
                                     **DelCotto Law Group PLLC**  
                                     **200 North Upper St.**  
                                     **Lexington, KY 40507**  
                                     **(859) 231-5800   Fax: (859) 281-1179**

Adair Progress, Inc.
Adair Russell Casey Shopper
PO BOX 595
Columbia KY 42728


Andrew Martin
8614 Hwy 196
Nancy KY 42544


Bruce and Karen Nethery
26 Lineville Rd
Russell Springs KY 42642


Corporation Service Company
P.O. Box 2576
Springfield IL 62708


Dannie Adams
322 Campbells Ferry Ln
Albany KY 42602


Denham Property and Injury Law Firm
Attn: Austin J. Flaugh/In Care of: VFW
250 W. Main St
Suite 120
Lexington KY 40507


Elwyn and Judith Savage
1506 Pottershop Rd
Nancy KY 42544


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


Lake Cumberland and Current
PO BOX 1662
Russell Springs KY 42642

```
Law Offices of Joel R. Smith
Attn: Joel R. Smith/In Care of Adams
324 Monument Sq
PO BOX 1010
Jamestown KY 42629


Law Offices of Joel R. Smith
Attn: Joel R. Smith/In Care Of Antle
324 Monument Sq
PO BOX 1010
Jamestown KY 42629


New Horizon Graphics
319 Park Ave
Somerset KY 42503


Paramount Advertising and Lead Solutions
PO BOX 595
Mount Prospect IL 60056


Rapid Finance
4500 East West Highway, 6th Floor
Bethesda MD 20814


Scott & Christy Antle
211 Bluebird Dr
Russell Springs KY 42642


Skees Law Office
Attn: W. Edward Skees
In Care Of Nethery
New Albany IN 47150


Smith O'Toole & Brooke
Attn: James O'Toole
In Care Of: Elwyn and Judith Savage
3080 Harrodsburg Rd
Lexington KY 40503


Square
1955 Broadway
Suite 600
Oakland CA 94612
```

```
VFW
Veterans of Foreign Wars Post 680
1494 Leestown Rd
Lexington KY 40511
```